MARTIN ZIMMERMAN, Respondent, v. WILLIAM E. HAWKINS, Appellant. — Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, and order of November 18, 1920, reinstated. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MORRIS LUSTBERG and Others, Copartners,· etc., Respondents, v. COLUMBIA LEATHER GOODS MANUFACTURING Co., INC., a Domestic Corporation, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. KNUT HULTMAN and Others, Respondents, v. JOHN F. GILCHRIST, as Commissioner of the Department of Licenses of the City of New York, Appellant, and 20TH CENTURY BROWN AND WHITE TAXICAB ASSOCIATION, INC., Intervenor, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

GEORGE B. HERZIG Co., INC., Respondent, v. SAMUEL BRODY, Doing Business under the Firm Name and Style of S. BRODY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SAMUEL SONIN, Respondent, v. MAX N. NATANSON, Appellant.— Order affirmed, with ten dollars costs and disbursements. Bill of particulars to be served within ten days. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK MACSHERRY, Appellant, v. RICHARD E. ENRIGHT, Police Commissioner of the City of New York, Respondent.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ELSIE ERDREICH, Respondent, v. SAMUEL ERDREICH, Appellant.— Order modified by reducing alimony to thirty dollars per week, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of the Application of JOSEPHINE HIGGINBOTHAM, as Administratrix, etc., Appellant, for a Peremptory Writ of Mandamus to the BOARD OF ESTIMATE AND APPORTIONMENT OF THE CITY OF NEW YORK, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

NATHAN MILLER and Another, Respondents, v. WINTER GARDEN COMPANY, Appellant.— Order modified by further directing that plaintiff serve a bill of particulars as to the items stated in order; said bill to be served within five days. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MENDEL LAZOW, Respondent, v. LOUIS SCHECHWITZ, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke. P. J., Dowling, Smith, Page and Greenbaum, JJ.